ITALIAN FISHERMAN, INC. v. COMMERCIAL
UNION ASSURANCE COMPANY, ETC.

April 28, 1987.

Petition for certification denied.   (See 215 *N.J.Super.* 278)

■■■■■■■■■■■■■

JOHN R. SPARKS, III AND CAROLYN SPARKS, HIS WIFE v.
ST. PAUL INSURANCE COMPANY, ETC.

April 28, 1987.

Petition for certification denied.

■■■■■■■■■■■■■

RENE GRINAN AND CARIDAD GRINAN v. MARTHA RAMOS
AND EDWARD OLIVERY.

April 28, 1987.

Petition for certification denied.

■■■■■■■■■■■■■

ANTHONY CONDONE v. WILLIAM FAUVER, COMMISSIONER.

April 28, 1987.

Petition for certification denied.